FILED
OCT 26 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:21-cr-0328 JRS MG |
| ) | |
| JACOB TOMLIN and ) | -01 |
| RYAN WHITE ) | -02 |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. § 371
### Conspiracy to Provide False Information During the Purchase of Firearms

The Grand Jury charges that:

From on or about May 19, 2021, the exact date being unknown to the Grand Jury, and continuing up to and including June 8, 2021, in the Southern District of Indiana, JACOB TOMLIN and RYAN WHITE, defendants herein, did knowingly conspire together to provide false information during the purchase of firearms in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(1).

**Objects of the Conspiracy**

The charged conspiracy had the following object:

1. The fraudulent acquisition of firearms from federally licensed firearms dealers (federal firearms licensees or "FFLs").

### Manner and Means

1. It was part of the conspiracy that JACOB TOMLIN and RYAN WHITE agreed to fraudulently acquire firearms from FFLs. The fraudulent acquisition of firearms was to be accomplished by attempting a "straw purchase" where a putative buyer of a firearm from a FFL knowingly and falsely states on an ATF Form 4473 that they are the actual buyer of the firearm when in fact they are acquiring the firearm for another person.

### Overt Acts

In furtherance of the conspiracy, and to affect the objects of it, the defendants did commit the following overt acts, among others:

1. On or about May 19, 2021, JACOB TOMLIN visited an FFL in Greenwood, Indiana. During that visit, JACOB TOMLIN falsely indicated on an ATF Form 4473 that he was the actual buyer of a Glock 17GEN 5 pistol and a Glock 26 pistol, when in fact he was straw purchasing the firearms for RYAN WHITE.

2. On or about June 8, 2021, JACOB TOMLIN visited an FFL in Greenwood, Indiana. During that visit, JACOB TOMLIN falsely indicated on an ATF Form 4473 that he was the actual buyer of two Glock 19x pistols and a Glock 27 pistol, when in fact he was straw purchasing the firearms for RYAN WHITE.

All in violation of Title 18, United States Code, Section 371.

COUNT 2
18 U.S.C. § 922(a)(6)
False Statement in Connection with the Acquisition of a Firearm

On or about May 19, 2021, in the Southern District of Indiana, JACOB TOMLIN the defendant herein, knowingly made a false and fictitious written statement to Shoot Point Blank, a federally licensed firearms dealer, which statement was intended and likely to deceive Shoot Point Blank as to a

fact material to the lawfulness of the sale of a Glock 17GEN 5 pistol and a Glock 26 pistol to the defendant, in that the defendant did: falsely declare on an ATF Form 4473 that he was the actual buyer of the firearms indicated on the Form 4473, when in fact the defendant then knew that RYAN WHITE was the actual buyer of the firearms in violation of Title 18, United States Code, Section 922(a)(6).

COUNT 3
18 U.S.C. § 924(a)(1)
False Statement with Respect to Information Required to be Kept by Federal Firearms Licensee

On or about May 19, 2021, in the Southern District of Indiana, JACOB TOMLIN, the defendant herein, knowingly made a false statement and representation to Shoot Point Blank, a federally licensed firearms dealer, with respect to information required to be kept in the records of Shoot Point Blank, in that the defendant did: false declare on an ATF Form 4473 that he was the actual buyer of the firearms indicated on the Form 4473, when in fact the defendant then knew that RYAN WHITE was the actual buyer of the firearms in violation of Title 18, United States Code, Section 924(a)(1).

COUNT 4
18 U.S.C. § 922(a)(6)
False Statement in Connection with the Acquisition of a Firearm

On or about June 8, 2021, in the Southern District of Indiana, JACOB TOMLIN the defendant herein, knowingly made a false and fictitious written statement to Shoot Point Blank, a federally licensed firearms dealer, which statement was intended and likely to deceive Shoot Point Blank as to a fact material to the lawfulness of the sale of two Glock 19x pistols and a Glock 27 pistol to the defendant, in that the defendant did: false declare on an ATF Form 4473 that he was the actual buyer of the firearms indicated on the Form 4473, when in fact the defendant then knew that RYAN WHITE was the actual buyer of the firearms in violation of Title 18, United States Code, Section 922(a)(6).

COUNT 5
18 U.S.C. § 924(a)(1)
False Statement with Respect to Information Required to be Kept by Federal Firearms Licensee

On or about June 8, 2021, in the Southern District of Indiana, JACOB TOMLIN, the defendant herein, knowingly made a false statement and representation to Shoot Point Blank, a federally licensed firearms dealer, with respect to information required to be kept in the records of Shoot Point Blank, in that the defendant did: false declare on an ATF Form 4473 that he was the actual buyer of the firearms indicated on the Form 4473, when in fact the defendant then knew that RYAN WHITE was the actual buyer of the firearms in violation of Title 18, United States Code, Section 924(a)(1).

### COUNT 6
### 18 U.S.C. § 922(a)(1)(A)
### Dealing in Firearms without a License

From on or about May 4, 2021, the exact date being unknown to the Grand Jury, and continuing up to and including May 19, 2021, in the Southern District of Indiana, RYAN WHITE, the defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18 United States Code Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of any of the offenses set forth in this Indictment, the defendants shall forfeit to the United States "any firearm or ammunition involved in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a. One Glock 17GEN 5 pistol,

   b.  One Glock 26 pistol,

   c.  Two Glock 19x pistols,

   d.  One Glock 27 pistol, and

   e.  Any other firearm and ammunition associated with the offenses.

  4.  In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

by: _____
Abhishek S. Kambli
Assistant United States Attorney

5