UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | CAUSE NO. 1:21-cr-328-JRS-MG-1 |
| JACOB TOMLIN, | ) ) ) | |
| Defendant. | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America, by and through the undersigned counsel, respectfully requests that the Court sentence the defendant, Jacob Tomlin, to 12 months of imprisonment followed by three years of supervised release. Such as sentence appropriately accounts for the nature and circumstances of the offense. Considering these circumstances, a sentence of 12 months is necessary to protect the public, deter the defendant and promote respect for the law, and send a deterrent message to others who choose to engage in straw purchases.

1

## SENTENCING RECOMMENDATION

### I.   Background

The PSR accurately outlines the nature and circumstances of the offense of conviction in this case. (Dkt. No. 61, PSR ¶¶ 6-8.) This memo will not repeat them here. The PSR accurately describes the procedural posture: the defendant entered a plea agreement with the United States, to plead guilty to Counts Two and Four of the Indictment that charges him with making a false statement to a federal firearms licensee (FFL). (PSR ¶¶ 1-5.)

### II.   18 U.S.C. § 3553(a) Factors

The factors set forth in § 3553(a) support a sentence of 18 months imprisonment.

The conduct in this case is serious. The defendant lied on more than one occasion to purchase firearms for his underage brother who later resold the firearms to other individuals. (PSR ¶¶ 6-8.) This type of behavior is dangerous since there is no way to know where these firearms would later end up. In fact, two of the firearms the defendant's brother sold ended up in crime scenes in Indianapolis and Chicago. (PSR ¶ 7.) The defendant's actions put the safety of others at serious risk.

The defendant's brother, Ryan White, was sentenced to 18 months confinement under cause number 1:21-cr-328-JRS-MG-2. Although White's conduct was more serious since he actually sold the firearms to others and committed pretrial release violations, sentencing the defendant under the guidelines would create an unwarranted sentencing disparity. White was under the age of 21 and

based on the defendant's interview, it appears he knew White was selling firearms to others. (PSR ¶ 7.) The defendant was in the best position to prevent this criminal conduct before it started by refusing to engage in straw purchasing. However, he chose instead to lie to more than one FFL in exchange for extra money White gave him. Such conduct warrants a serious sentence.

The defendant's conduct is unacceptable and deserves a sentence that reflects it. A sentence of 12 months imprisonment and three years of supervised release would be an appropriate sentence to send that message.

WHEREFORE, based on the foregoing, the United States respectfully requests that the Court impose a sentence of 12 months imprisonment and three years' supervised release.

Respectfully Submitted,

Zachary A. Myers
United States Attorney

By: s/Abhishek S. Kambli
Abhishek S. Kambli
Assistant United States Attorney

3

## CERTIFICATE OF SERVICE

I hereby certify that on **May 16, 2023,** the foregoing Government's Sentencing Memorandum was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

By:   س/ *Abhishek S. Kambli*
Abhishek S. Kambli
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Fax: (317) 226-6333
E-mail:abhishek.kambli@usdoj.gov